```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. GAAB
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FRANKLIN POWELL, ) | CV-F 04-6550 REC DLB |
| ) | |
| Plaintiff, ) | EX PARTE APPLICATION |
| ) | TO EXTEND TIME; AND ORDER |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant, Commissioner of Social Security, hereby applies to the Court for an extension of time from April 8, 2005 to May 11, 2005, to file a response to plaintiff's complaint.

This is defendant's first request for an extension of time in this matter.

///
///
///
///
///
///

1

1 | Defendant needs the additional time to complete the
2 | administrative process in this matter.
3 | Respectfully submitted,
4 | Dated: April 7, 2005    McGREGOR W. SCOTT
        United States Attorney
5 |
6 | /s/ Kimberly A. Gaab
    KIMBERLY A. GAAB
7 | Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:    April 25, 2005**                      **/s/ Dennis L. Beck**
3c0hj8                                                  UNITED STATES MAGISTRATE JUDGE