McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7316

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT FRANKLIN POWELL, | ) | CV-F 04-6550 REC DLB |
| | ) | |
| Plaintiff, | ) | EX PARTE APPLICATION TO EXTEND TIME; AND ORDER |
| v. | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Defendant, Commissioner of Social Security, hereby applies to the Court for an extension of time from May 11, 2005 to June 7, 2005, to file a response to plaintiff's complaint.

This is defendant's second request for an extension of time in this matter.

///
///
///
///
///
///

1

1 | Defendant has determined that plaintiff's complaint was
2 | untimely filed in this case.  Therefore, defendant needs the
3 | additional time to prepare a motion and complete a declaration in
4 | this matter.

                                        Respectfully submitted,

Dated: May 10, 2005                     McGREGOR W. SCOTT
                                        United States Attorney


                                        /s/ Kimberly A. Gaab
                                        KIMBERLY A. GAAB
                                        Assistant U.S. Attorney


IT IS SO ORDERED.

**Dated:   May 11, 2005**                   **/s/ Dennis L. Beck**
3c0hj8                                   UNITED STATES MAGISTRATE JUDGE

2