# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FRANKLIN POWELL, | Old Case No. 1:04cv6550 REC DLB |
| Plaintiff, | New Case No. 1:04cv6550 DLB |
| v. | ORDER REASSIGNING CASE |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

It appearing that pursuant to Eastern District General Order 345, all parties to this action have voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

1. This action is assigned to United States Magistrate Judge Dennis L. Beck for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment, and

2. The Clerk of the Court is directed to assign this action in its entirety to Magistrate Judge Dennis L. Beck.

3. The new case number shall be 1:04cv6550 DLB. All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

///

1
2  IT IS SO ORDERED.
3  **Dated:  November 21, 2005**                    **/s/ Robert E. Coyle**
   668554                                           UNITED STATES DISTRICT JUDGE