# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT FRANKLIN POWELL, | ) | 1:04cv6550 DLB |
| | ) | |
| Plaintiff, | ) | ORDER REQUIRING DEFENDANT TO RESPOND TO PLAINTIFF'S REQUEST TO REOPEN CASE AND SET ASIDE VERDICT |
| v. | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

On November 29, 2005, the Court denied Plaintiff's appeal from the administrative decision of the Commissioner of Social Security.

On January 4, 2006, Plaintiff filed a request to set aside the Court's November 29, 2005, judgment. Plaintiff argued that the United States Attorney did not provide the Court with a complete administrative record. The Court denied Plaintiff's request on January 11, 2006.

Plaintiff filed another request to reopen the case on January 20, 2006. He repeats his contention that the United States Attorney withheld evidence and provided this Court with an incomplete record. As Defendant did not have an opportunity to respond to Plaintiff's prior request, the Court ORDERS Defendant to respond to Plaintiff's January 20, 2006, request within twenty (20) days of the date of service of this order.

IT IS SO ORDERED.

Dated:  January 24, 2006          /s/ Dennis L. Beck
3b142a                            UNITED STATES MAGISTRATE JUDGE

1