# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FRANKLIN POWELL, ) | 1:04cv6550 DLB |
| ) | |
| Plaintiff, ) | ORDER DISREGARDING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. ) | |
| ) | (Document 31) |
| JO ANNE B. BARNHART, Commissioner ) of Social Security, ) | |
| Defendant. ) | |

On November 29, 2005, the Court denied Plaintiff's appeal from the administrative decision of the Commissioner of Social Security.

On January 20, 2006, Plaintiff filed his second request to set aside the Court's November 29, 2005, judgment. The Court ordered Defendant to respond to the pending request.

On February 7, 2006, Plaintiff filed a "Motion for Summary Judgment and Immediate Payment of Benefits," in which he argues that he has demonstrated that he is disabled. Although Plaintiff's request to set aside the judgment is pending, the judgment rendered on November 29, 2005, is currently valid. Therefore, this case is closed and the Court not rule on Plaintiff's Motion for Summary Judgment. Accordingly, Plaintiff's Motion for Summary Judgment is DISREGARDED.

IT IS SO ORDERED.

Dated:  February 14, 2006                        /s/ Dennis L. Beck
3b142a                                           UNITED STATES MAGISTRATE JUDGE

1